395 A.2d 991

Mersiowsky (et ux., Appellant) v. Speeth et al.

Argued September 14, 1978.   Albert DerMovsesian, for appellant;   No appearance entered nor brief submitted for appellee, Speeth;   Dennis Veneziale, for additional defendant, Mersiowsky.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

VAN der VOORT, J., dissented.